# Court of Appeals
# of the State of Georgia

ATLANTA, <u>December 11, 2025</u>

*The Court of Appeals hereby passes the following order:*

**A26D0222. PATRICIO VALDOVINOS-BARAJAS v. THE STATE.**

Patricio Valdovinos-Barajas filed this application on November 17, 2025, seeking to appeal an order dated September 18, 2025, dismissing as untimely his motion to modify his October 2017 sentence. See OCGA § 17-10-1 (f) ("Within one year of the date upon which the sentence is imposed, or within 120 days after receipt by the sentencing court of the remittitur upon affirmance of the judgment after direct appeal, whichever is later, the court imposing the sentence has the jurisdiction, power, and authority to correct or reduce the sentence and to suspend or probate all or any part of the sentence imposed. The time periods prescribed in this subsection require the defendant to file a motion within such time periods[.]"). This Court lacks jurisdiction because the application is untimely.

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Valdovinos-Barajas's application was filed 60 days after the order he

seeks to appeal, and this Court therefore lacks jurisdiction to consider this matter. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,___12/11/2025_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*